UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-2-1BO

UNITED STATES OF AMERICA :
:
V. : O R D E R
:
JULIUS HARRIS :

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 39 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 30 day of November, 2011.

TERRENCE W. BOYLE
United States District Judge